**Keith Lee WILLIAMS, Petitioner–Appellant,**

v.

**Edward S. ALAMEIDA, Jr., Warden, Respondent–Appellee.**

No. 05–55604.

United States Court of Appeals, Ninth Circuit.

May 30, 2008.

Keith Lee Williams, Los Angeles, CA, pro se.

Elizabeth A. Keech, Julie A. Bachman, Esq., Los Angeles, CA, for Respondent–Appellee.

D.C. No. CV–03–00196–NM, Central District of California, Los Angeles.

Before: KIM McLANE WARDLAW, CARLOS T. BEA, and N. RANDY SMITH, Circuit Judges.

### ORDER

Upon receiving certification that Keith Lee Williams did not submit himself to California state authorities within the 60–day conditional period set forth in *Williams v. Alameida*, 511 F.3d 973, 974 (9th Cir.2007), we now dismiss Williams's appeal pursuant to the fugitive disentitlement doctrine. The mandate shall issue forthwith.

**IT IS SO ORDERED.**